Case 5:25-cv-05215-JMG    Document 4    Filed 09/11/25    Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern  District of Pennsylvania

|  |  |  |
|---|---|---|
| GOLDEN BEAR INSURANCE COMPANY<br>*Plaintiff(s)*<br>v.<br>DOMINIC GERMANO<br>TELFAIR, INC.<br>doing business as<br>THE MAIN GATE<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.    5:25-cv-05215-JMG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Telfair, Inc. d/b/a The Main Gate
> 448 North 17th St.
> Allentown, PA 18104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ABBY J. SHER
Cozen O'Connor
1650 Market Street
23rd Floor
PHILADELPHIA, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____9/11/2025_____

*Evelyn Renner*
_____
*Signature of Clerk or Deputy Clerk*

**George Wylesol, Clerk of Court**
**U.S. District Court, Eastern District of PA**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      5:25-cv-05215-JMG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TELFAIR, INC d/b/a The MAIN GATE
was received by me on *(date)*   9·23·25   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* JASON LINSEMEIGLER , who is
designated by law to accept service of process on behalf of *(name of organization)* TELFAIR INC
d/b/a The MAIN GATE @1:50pm on *(date)* 9·23·25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  9-29-25

_____
Server's signature

TON FREDERICKS PROCESS SERVER
Printed name and title

FREDERICKS & PALMER PROCESS
SERVING
_____
Server's address
1735 MARKET STREET SUITE A502
PHILADELPHIA PA 19103
215-833-8307

Additional information regarding attempted service, etc:

**RE:  Summons and Complaint on Dominic Germano
        Telfair, Inc.
        doing business as The Main Gate**

At approximately 1:20 pm on 9/23/2025, I attempted service on the above business at 448 N. 17th Street in Allentown, Pa. I spoke to a Security Guard at this location who directed me to the main office at Allentown Fairgrounds which is part of this large complex. At this office, I spoke with a man who identified himself as the President of the Allentown Fair Association. He was familiar with Dominic Germano and directed me to the rear of the Fairground Hotel located at 17th and Liberty Street. He informed me that Dominic's operation is currently working out of the kitchen in the Fairgrounds Hotel entrance on Liberty Street.

At approximately 1:50 pm, I went to this location and spoke with Jason Linsemeigler who informed me he worked for Dominic Germano and that he was out for a few hours. I explained that I had documents for Dominic Germano. He suggested that I leave the documents with him, and he assured me that he would give them to Dominic Germano as soon as he returned.